IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

| | |
|---|---|
| JEFFERY W. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL,[1] )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:19-CV-00022-HBB |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Social Security Administration for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

January 9, 2020

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies: Counsel

TENDERED BY:

Rachel Julis
Special Assistant U. S. Attorney
Social Security Administration
200 West Adams Street, 30th Floor
Chicago, IL 60606

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).